FILED'07 SEP 20 12:57USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

JACK C. JENNINGS,          )
                           )
        Plaintiff,         )      Civil No. 07-922-PK
                           )
    v.                     )      FINDINGS AND
                           )      RECOMMENDATION
DEPARTMENT OF HOUSING AND  )
URBAN DEVELOPMENT, et al., )
                           )
        Defendants.        )

On July 26, 2007, this court granted the petition of plaintiff Jack C. Jennings to proceed *in forma pauperis* in this action. However, in its order of July 26 (#4), this court directed Jennings to correct specified deficiencies in his complaint within thirty days, failing which the court would recommend that Jennings' complaint be dismissed pursuant to 28 U.S.C. § 1915(e)(2) for failure to state a claim upon which relief may be granted. The court further advised Jennings that, in lieu of an amended complaint, he could move voluntarily to dismiss this action without prejudice. As of the date hereof, Jennings has neither filed an amended complaint nor moved for dismissal without prejudice.

Accordingly, for all of the reasons set forth in this court's Opinion and Order dated July 26, 2007, this court recommends that Jennings' complaint be dismissed pursuant to 28 U.S.C. § 1915(e)(2) for failure to state a claim upon which relief may be granted.

## SCHEDULING ORDER

The above Findings and Recommendation will be referred to a United States District Judge for review. Objections, if any, are due October 4, 2007. If no objections are filed, review of the Findings and Recommendation will go under advisement on that date. If objections are filed, a response to the objections is due fourteen days after the date the objections are filed and the review of the Findings and Recommendation will go under advisement on that date.

Dated this 20th day of September, 2007.

*/s/ Paul Papak*
Honorable Paul Papak
United States Magistrate Judge

Page 2 - FINDINGS AND RECOMMENDATION