IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JACK C. JENNINGS,

        Plaintiff,

v.

DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, et al.,

        Defendants.

CV 07-922-PK

ORDER

**BROWN, Judge.**

    Magistrate Judge Paul Papak issued Findings and Recommendation (#5) on September 20, 2007, in which he recommended this Court dismiss Plaintiff's Complaint (#1) for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2). The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its

1 - ORDER

obligation to review the record *de novo*. *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Papak's Findings and Recommendation (#5). Accordingly, the Court **DISMISSES** Plaintiff's Complaint (#1) for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED.

DATED this 24th day of October, 2007.

*Anna J. Brown*
ANNA J. BROWN
United States District Judge